# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

             v.          :          CRIMINAL NO. 26-mj-579

BRANDON KEITH ONEAL          :

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1.      I, James De Noble, am employed as a Special Agent for the United States Department of Homeland Security ("DHS"), Federal Protective Service ("FPS"), assigned to the Philadelphia office. I have been employed as an FPS Special Agent since October 2023. As part of my duties, I conduct investigations related to violations of Title 18, United States Code, Section 1361.

2.      This affidavit is made in support of a criminal complaint against Brandon Keith Oneal (herein after referred to as "ONEAL"), because there is probable cause to believe ONEAL willfully committed depredation against a property of the United States, administered by the Government Services Administration ("GSA"), in violation of Title 18, United States Code, Section 1361.

3.      On March 31, 2026, in the course of my official duties, your affiant was notified that Protective Security Officers ("PSO") detained ONEAL for causing damage to two entrance doors of William J. Green Federal Building (herein after referred to as "BUILDING"), in Philadelphia earlier that day.

4.      On March 31, 2026, your affiant interviewed three PSOs who stated that they observed ONEAL approach the security screening area in the 6th Street entrance lobby of BUILDING and say that he wanted to visit the Federal Bureau of Investigation ("FBI"). ONEAL presented a Pennsylvania State Driver's license upon request for identification. PSOs informed ONEAL that the FBI entrance was located at a different part of BUILDING. PSOs stated that they observed ONEAL walk away from the security area, exit BUILDING, reapproach the security area from the outside, and kick two glass entrance doors adjacent to the security area multiple times causing them to shatter.

5.      On March 31, 2026, your affiant observed the damage to the glass doors of BUILDING and reviewed video footage. The footage showed ONEAL grab the handle of the middle door with his right hand and forcefully kick his right foot backward causing the glass to shatter. The footage showed ONEAL then grab the handle of a connected door and forcefully kick it four times causing it to shatter.

6.      On March 31, 2026, your affiant interviewed a GSA Building Manager for BUILDING who stated that doors had been repaired and that the total cost was $4,212.

7.      Wherefore, based upon these facts, your affiant believes there is probable cause to believe that ONEAL willfully committed depredation against a property of the United States, administered by the GSA, in violation of Title 18, United States Code, Section 1361. Your affiant respectfully asks that this Honorable Court issue a warrant ordering his arrest for such crime.

/s/ James De Noble
James De Noble
Special Agent
Federal Protective Service

2

SWORN AND SUSCRBIRED BEFORE ME BY TELEPHONE
THIS 31st DAY OF March 2026

_____
HONORABLE CAROL SANDRA MOORE WELLS
United States Magistrate Judge
Eastern District of Pennsylvania